# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:25-30-KKC-MAS-1** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **TERENCE LORENZO CLEMONS,** | |
|     **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter was referred to Magistrate Judge Matthew Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (DE 18) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Count 1 of the Indictment and adjudge the defendant's interest in the property listed in the forfeiture allegation of the Indictment forfeited. (DE 1.) No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

(1) The Court ADOPTS the recommendation (DE 18) and ACCEPTS the defendant's guilty plea; and

(2) The defendant is ADJUDGED GUILTY of Count 1 of the Indictment (DE 1) and the Court ADJUGES the defendant's interest in the property listed in the forfeiture allegation of the Indictment FORFEITED.

This 20th day of May, 2025.

                              KAREN K. CALDWELL
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF KENTUCKY